UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
PHILLIP SCOTT,

                         Plaintiff,                                      No. 12-CV-2607 (CS)

              -against-                                     **ORDER**

THE BANK OF NEW YORK TRUST
COMPANY, N.A., MORTGAGE
ELECTRONICS REGISTRATION
SYSTEMS, INC. ("MERS"), RESIDENTIAL
CAPITAL, LLC, *et al.*, and JOHN DOE (said
name being fictitious, it being the intention of
Plaintiff to designate any parties, corporation or
entities, if any, having or claiming an interest or
lien upon the subject property),

                        Defendants.
-------------------------------------------------------------x

Seibel, J.

      For the reasons stated on the record in open court on August 13, 2012, Plaintiff's Amended Civil Complaint to Quiet Title to Real Property is dismissed. But I grant leave to Plaintiffs in *Campbell v. Bank of New York Trust Company, N.A.*, No. 11-CV-1588, to amend their complaint by September 13, 2012 to add any claims that they have against any person or entity relating to the mortgage that is the subject of this action.

      The Clerk of Court is respectfully directed to close this case.

**SO ORDERED.**

DATED:      White Plains, New York
                   August 13, 2012

                                                               _____
                                                               Cathy Seibel, U.S.D.J.