UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

PHILLIP SCOTT,                                                    Case No.: 12-CV-2607
12 Inverness Road
Scarsdale, New York 10583

        Plaintiff,

  -against-

THE BANK OF NEW YORK TRUST COMPANY,
N.A., AND MORTGAGE ELECTRONIC
REGISTRATIONS SYSTEMS, INC ("MERS") AND
RESIDENTIAL CAPATAL, LLC, et. al.,

JOHN DOE (Said name being fictitious, it being the
intention of Plaintiff to designate any parties,
corporations, or entities, if any, having or claiming
an interest or lien upon subject property)

        Defendant.
_____

## NOTICE OF APPEARANCE

**TAKE NOTICE**, that plaintiff hereby appears in the above entitled action, and the undersigned has been retained as attorneys for said defendants and demands that all papers in this action be served upon the undersigned at the office and address stated below.  I certify that I am admitted to practice in this court.

Counsel filed this Notice for retroactive application, as to August 13, 2012 personal appearance in court on behalf of plaintiff.  As per court's earlier filing, action is now dismissed.

        S/  Kim DSouza
        Law Office of  Kim DSouza
        2 Bordi Lane
        Highland, NY 12528
        (845) 834-4255